### Keen agt. Dafforn

John Keen plaint. contᵃ John Dafforn Defendᵗ in an action of reveiw of a case tryed at the County Court in Boston held by Adjournmᵗ of the Genˡˡ Court 4° novembʳ ult° wherein sᵈ Keen was plaint. agᵗ Jn° Dafforn Defendᵗ in an action of debt of £.14:15ˢ mony being so much sᵈ Keen paid unto mʳ Simon Lynde for Accoᵗ of sᵈ Dafforn but Judgemᵗ was then granted against him for costs of Court whereby hee is damnified above Fifteen pounds in money, and all other due damages &cᵃ. . . . The Jury . . . found for the plaint. Fourteen pounds Fifteen Shillings money and costs of Court. The Defendᵗ appealed from this Judgemᵗ unto the next Court of Assistants & put in security for prosecution thereof to effect.

[ A review of a case tried at the November session, 1679, above, p.1078. From an account between Keene and Matthews in S. F. 1827.9 it appears that "1051:10 Wampum" was equivalent to 26*l* 5*s* 9*d* "Boston money." The following documents throw what little light on this case we can obtain:

The testimony of John Williams aged about :33. yeares testify that being at New: Yorke in company with m$^r$ Darvall and m$^r$ Keene at James Matthew's house (commonly called Long Marys') and m$^r$ Jn$^o$ Keene made up his Acco$^t$ with the s$^d$ Matthews and his wife, and they tooke m$^r$ Darvall as paymaster for what m$^r$ Jn$^o$ Keen owed at that time; and J also further testify that their Gen$^{rll}$ Acco$^{tt}$ they kep't was chalkes upon the wall for J had two Vessells there, and the whole Acco$^{tt}$ that the Masters and men had was chalked upon the wall and J never see any other to the best of my knowledge

Sworn before .J: D: A.

. . . true Coppie . . . Js$^a$ Addington Cl$^{re}$

Boston y$^e$ 31th Octob$^r$ 1672

M$^r$ James Matthews

Sr: J am not forgetfull of yo$^r$ Love or my engagements to you so as to breake covenant with either of them. therefore have underwritt a noate to m$^r$ Darvall that hee may pay you what hee hath of mine in his hands & desire you to send me word what will then remain due to you and J will Satisfy it here to yo$^r$ order that must bee understood so far as will Satisfy the bill J gave you for my men, but what you write to me about my own Acco$^{tt}$ J know is a mistake for J have paid it all, but what J had after my hand was hurt, which was some small matter S$^r$ in hast with respects to yo$^r$ wife J rest

your L$^o$ Freind John Keen

M$^r$ William Darvall

S$^r$ after you have satisfied the noate J charged on you for Phillip Johns, pray pay to James Matthews or his wife the remainder of what you have in yo$^r$ hands belonging to.

S$^r$ Freind and Servant

John Keen

Boston .y$^e$ 31: Octob$^r$ 1672.

Own$^d$ in Court. 31$^o$ July .1679. by Jn$^o$ Keen attests Js$^a$ Addington C

New-yorke. April. 10th 1679.

These are to Certifie all whome it may concern that J underwritten W$^m$ Dervall have not paid or Satisfied unto James Matthews of the s$^d$ place on acc$^t$ of m$^r$ John Cane of Boston any Summe or Summes of money or other pay in Value thereof, nor will pay or Satisfy anything on s$^d$ acc$^t$. But that w$^t$ the s$^d$ John Cane was indebted unto the s$^d$ James Matthews is still due for ought as J know; and that J never did accept promiss or engage to pay any thing on s$^d$ accompt nor is the s$^d$ Jn$^o$ Cane made debtor to me for any money as paid to the said James Matthews or Order on his acc$^t$ As witness my hand the day and yeare first above-written

W$^m$ Darvall

Diffuse Reasons of Appeal and Answer thereto are filed in S. F. 1827.6, 7.

The Court of Assistants (Records, i. 156) confirmed the former judgment with 39$s$ 8$d$ costs. But the dispute was to flourish for some time longer. See note to Earle Acquitted, below, p. 1160.]